## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2295 Disciplinary Docket No. 3 |
| | : |
| WALTER IGNATIUS WILLARD | : Board File No. C1-16-547 |
| | : |
| | : (Supreme Court of Louisiana, |
| | : No. 2016-OB-1077) |
| | : |
| | : Attorney Registration No. 60859 |
| | : |
| | : (Out of State) |

## ORDER

AND NOW, this 9th day of November, 2016, having failed to reply to this Court's directive of September 19, 2016, to provide reasons against the imposition of reciprocal discipline, Walter Ignatius Willard is transferred to disability inactive status, for an indefinite period and until further Order of the Court, and he shall comply with all the provisions of Pa.R.D.E. 217.